# EXHIBIT B

IN THE CIRCUIT COURT OF THE
FOURTEENTH JUDICIAL CIRCUIT,
IN AND FOR BAY COUNTY, FLORIDA

DAVID MARKS                    ,                    CIVIL DIVISION

     Plaintiff,                               CASE NO.: 20001952CA

Vs.

BAY MEDICAL CENTER SACRED HEART,

     Defendant.
_____/

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

     Notice is hereby given that Defendant LHP Bay County, LLC (incorrectly identified by

Plaintiff as "Bay Medical Center Sacred Heart" in his Complaint) has removed the above-styled

case to the United States District Court for the Northern District of Florida, Panama City Division,

pursuant to 28 U.S.C. §1441.  A copy of the Notice of Removal to Federal Court is attached hereto

as **Exhibit 1**.

     Dated:  December 30th 2020.

                      Respectfully submitted,

                      */s/ Vanessa Patel*
                      Vanessa A. Patel
                      Florida Bar No.: 103928
                      OGLETREE, DEAKINS, NASH,
                       SMOAK & STEWART, P.C.
                      100 North Tampa Street, Suite 3600
                      Tampa, FL  33602
                      vanessa.patel@ogletree.com
                      Telephone:  813-289-1247
                      Facsimile:  813-289-6530

                      Luke Donohue (*Pro Hac Vice* forthcoming)
                      Georgia Bar No. 193361
                      OGLETREE, DEAKINS, NASH,
                       SMOAK & STEWART, P.C.
                      191 Peachtree St. NE, Suite 4800

Atlanta, GA  30303
luke.donohue@ogletree.com
Telephone:  404-870-1831
Facsimile:  404-870-1732

*Attorneys for Defendant*

**IN THE CIRCUIT COURT OF THE**
**FOURTEENTH JUDICIAL CIRCUIT,**
**IN AND FOR BAY COUNTY, FLORIDA**

DAVID MARKS                     ,                     CIVIL DIVISION

     Plaintiff,                     CASE NO.: 20001952CA

Vs.

BAY MEDICAL CENTER SACRED HEART,

     Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    I certify that on December 30th, 2020, I electronically filed the foregoing *Defendant's*

*Notice of Filing Notice of Removal* with the Clerk of Court and placed a copy of same to counsel

of record via U.S Mail and email address as follows:

Marie A. Mattox
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL  32303
Marie@mattoxlaw.com

                 */s/ Vanessa Patel*_____
                 Vanessa A. Patel
                 Florida Bar No.: 103928

45375353.1

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DAVID MARKS,             )
an individual              )
                   )
      Plaintiff,       )
                   )
v.                  )   Case No. _____
                   )
Bay Medical Center Sacred Heart,  )
                   )
      Defendant.     )

## NOTICE OF REMOVAL

Defendant LHP Bay County, LLC (incorrectly identified by Plaintiff as "Bay Medical Center Sacred Heart" in his Complaint) ("Defendant") respectfully submits this Notice of Removal to the United States District Court for the Northern District of Florida, Panama City Division. In support of Removal, Defendant states the following:

## A.  Timeliness of Removal

1.  On November 25, 2020, Plaintiff David Marks filed a civil action against Defendant in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, Case No. 200001952CA.

2.  On December 10, 2020, Defendant was served with the Summons and Complaint through certified mail to Defendant's registered agent for service of

process. Defendant thus files this Notice of Removal within 30 days of receipt of the Summons and Complaint, as required by 28 U.S.C. § 1446(b)(1). Copies of the docket sheet and all documents filed or served on Defendant are attached as Exhibit A.

3.      A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B.

**B.    Venue**

4.      The Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida is located within the Panama City Division of the United States District Court for the Northern District of Florida. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**C.    Basis for Removal: Federal Question Jurisdiction**

5.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because one or more of Plaintiff's claims arise under the Constitution, laws, or treaties of the United States.

6.      Plaintiff asserts claims arising under the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2615, *et seq.* Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441(a).

7.      By asserting claims under the FMLA, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331. Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

**D.      Supplemental Jurisdiction**

8.      Plaintiff also asserts a claim for disability discrimination under the Florida Civil Rights Act, Chapter 760, Florida Statutes.

9.      This Court has supplemental jurisdiction over Plaintiff's state law disability discrimination claim.

10.      Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims that are so related to Plaintiff's federal causes of action "that they form part of the same case or controversy under Article III of the United States Constitution." State law claims fall within this Court's supplemental jurisdiction when they share with the federal claims "a common nucleus of operative fact … such that [the plaintiff] would ordinarily be expected to try them all in one judicial proceeding." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966).

11.     Here, Plaintiff's state law claim for disability discrimination relate directly and arise under the same facts as his FMLA claim. The two claims both arise out of Plaintiff's employment with and separation from Defendant. *See* Complaint, at ¶¶9-21. Thus, the claims arise out of a common nucleus of operative facts, and this Court therefore has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

12.     Moreover, there is no reason why this Court should not exercise supplemental jurisdiction over Plaintiff's state law claim. Plaintiff's state law claims neither raise novel or complex issues of state law nor predominate over the claim over which this Court has original jurisdiction, and there are no exceptional circumstances or other compelling reasons for this Court to decline supplemental jurisdiction.  See 28 U.S.C. § 1367(c).

13.     Thus, removal is proper under 28 U.S.C. § 1441(c).

WHEREFORE, having fully complied with all requirements for removal of this action, Defendant requests that the action now pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, be removed to the United States District Court for the Northern District of Florida, Panama City Division.

Respectfully submitted this 30th day of December 2020.

*/s/ Vanessa Patel*

Vanessa A. Patel
Florida Bar No.: 103928
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
vanessa.patel@ogletree.com
Telephone: 813.221.7440
Facsimile: 813-289-6530

Luke P. Donohue (*Pro Hac Vice*
forthcoming)
GA Bar No.: 193361
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
191 Peachtree Street, NE, Suite 4800
Atlanta, GA 30303
luke.donohue@ogletree.com
Telephone: 404.881.1300
Facsimile: 404.870.1732

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | |
|---|---|
| DAVID MARKS, | ) |
| an individual | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. _____ |
| | ) |
| Bay Medical Center Sacred Heart, | ) |
| | ) |
| Defendant. | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30th, 2020, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, and I further certify that I served a copy of same via email and U.S. mail postage prepaid to the following counsel of record:

Marie A. Mattox
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, Florida 32303
Marie@mattoxlaw.com

*/s/ Vanessa Patel* _____
Vanessa A. Patel
Florida Bar No.: 103928

6