UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DAVID MARKS**,

    **Plaintiff**,

v.                                Case No. 5:20cv339-TKW-MJF

**BAY MEDICAL CENTER
SACRED HEART**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on the joint stipulation of dismissal (Doc. 18), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the case file.

**DONE and ORDERED** this 2nd day of February, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**